**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Senior District Judge Richard P. Matsch

Date:                               March 26, 2014
Courtroom Deputy:      J. Chris Smith
FTR Technician:            Kathy Terasaki

_____

Civil Action No. 13-cv-02180-RPM

CURTIS ZITO,                                                                                    Lonn Heymann

      Plaintiff,
v.

BRUCE KAY,                                                                                       Scott J. Bowman
CHRISTOPHER SCHOTTS,                                                             Jessica R. Allen
BRIAN MUDLOFF,
JOHN SAMPSON,
ANDREW HOWARD, and
CITY AND COUNTY OF DENVER,

      Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion to Dismiss**

**2:00 p.m.          Court in session.**

Court's preliminary remarks and statements regarding the case claims.

**ORDERED:     Defendants' Motion to Dismiss Amended Complaint is granted with respect to the second claim for relief.  Cannabis plants are contraband under U.S. law.**

Mr. Heymann states plaintiff is not claiming an unlawful arrest because the arrest was based on outstanding warrants unrelated to the incidences alleged in the Amended Complaint.

Argument by Mr. Bowman.

**ORDERED:     Defendants' Motion to Dismiss Amended Complaint is denied with respect to the first claim for relief (Fourth and Fourteenth Amendments).**

Argument by Mr. Heymann.

**ORDERED:     Defendants' Motion to Dismiss Amended Complaint [15], is granted with respect to the third claim for relief.**

          **Defendants' shall file answer(s) pursuant to the rules.**

**2:15 p.m.          Court in recess.**          Hearing concluded.  Total time: 15 min.