IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02180-RPM

CURTIS ZITO,

    Plaintiff,

v.

BRUCE KAY;
CHRISTOPHER SCHOTTS;
BRIAN MUDLOFF;
JOHN SAMPSON; and
ANDREW HOWARD;

    Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **June 17, 2014, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 11/11).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on June 12, 2014.**  The conference is conducted with lead counsel present in person.  No parties or representatives of parties will be permitted to attend.  Initial disclosures under Rule 26(a)(1) will be completed no later than 10 calendar days before the scheduling conference.

DATED: May 1st, 2014

          BY THE COURT:

          s/Richard P. Matsch
          _____
          Richard P. Matsch, Senior Judge