IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02180-RPM

CURTIS ZITO,

    Plaintiff,

v.

BRUCE KAY;
CHRISTOPHER SHOTTS;
BRIAN MUDLOFF;
JOHN SAMPSON; and
ANDREW HOWARD;

    Defendants.

_____

ORDER OF DISMISSAL
_____

Pursuant to the Notice of Stipulated Dismissal with Prejudice [Doc. 53] filed April 15, 2015, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorneys fees.

DATED: April 16th, 2015

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge